CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. VS. CYNTHIA ANDREWS                                          DKT. NO. 1:22CR00257-1

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Kayla Martinez , United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Cynthia Andrews, who was placed on supervision by the Honorable Robert J. Shelby, sitting in the United States District Court in Salt Lake City, Utah, on December 9, 2019.  The defendant was sentenced to a total of 37 months' imprisonment and three years' supervised release for one Count of Bank Fraud, in violation of 18 U.S.C. § 1344; and one Count of Wire Fraud, in violation of 18 U.S.C. § 1343. Supervision commenced on February 2, 2022, and is set to expire on February 1, 2025. Jurisdiction of the defendant's case was transferred from the District of Utah to the District of Colorado on August 15, 2022, and assigned to the Honorable Charlotte N. Sweeney. As noted in the judgment [Document 1-1], the Court ordered mandatory, special and standard conditions of supervision.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

The defendant has struggled with her conditions to include paying toward her restitution balance as previously reported to the Court and has also been non-compliant with her conditions to include sobriety and compliance with drug testing and treatment.

On July 7, 2022, the defendant submitted a urine screen which was not consistent with normal human urine-creatinine.  To this date, the defendant denies tampering with her urine screen. Due to her lengthy substance abuse history and tampering of a urine screen, a referral for a substance evaluation was completed. The defendant completed her substance evaluation on November 28, 2022; the recommendation was that she engage in weekly substance abuse groups and moral reconation therapy. Since then, the defendant has missed an additional six urine screens from July 24, 2022, through January 27, 2023. Most recently, a urine screen was collected on January 13, 2023, which tested presumptive positive for fentanyl. I met with the defendant on January 27, 2023, to address her positive urine screen, and she signed an admission form admitting to ongoing fentanyl use for the last 6 weeks and reporting every other day use.

Currently, the defendant has yet to engage in her therapy requirements and treatment will be adjusted due to most recent substance use to include individual therapy. Supervisory U.S. Probation Officer (SUSPO) Edgar T. Ruiz and I met with the defendant on February 7, 2023, to review her expectations, lack of compliance and current conduct on supervision to include illicit drug use. The defendant stated that her mental health has suffered for multiple years, and she believes this also contributes to her substance use and noncompliance.  She is willing to seek help to address her mental health while also getting treatment for her substance use. She was advised should she fail to comply with her court orders, engage in treatment expectations, or

Case 1:22-cr-00257-CNS   Document 8   Filed 02/13/23   USDC Colorado   Page 2 of 2

| Cynthia Andrews | Petition to Modify Conditions of Supervised Release | February 13, 2023 |
|---|---|---|
| 1:22CR00257-1 | Page 2 | |

need a higher level of treatment due to ongoing substance use, further Court interventions may be utilized. The defendant was given two weeks to make significant progress demonstrating motivation toward her compliance and sobriety. The Probation Office believes that adding a mental health condition will ensure we are providing the defendant the treatment resources she needs to assist in getting her supervision back on track.

On February 7, 2023, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision. Assistant U.S. Attorney JD Rowell was contacted and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special condition:

1. You must participate in a program of mental health treatment approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must pay for the cost of treatment based on your ability to pay.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/Kayla Martinez*
  Kayla Martinez
  United States Probation Officer
  Place:   Denver
  Date:    February 13, 2023

*s/Edgar T. Ruiz*
  Edgar T. Ruiz
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    February 13, 2023