# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00257-CNS-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Cynthia  ANDREWS,

   Defendant.

---

## ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

____   ORDERS the issuance of an arrest warrant.

____   ORDERS the issuance of a summons.

____   DENIES the request.

DATED at Denver, Colorado, this __Day__ day of March, 2023.

BY THE COURT:

---

Charlotte N. Sweeney  
United States District Judge