AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Cynthia Andrews | ) Case No. 1:22CR00257-1 |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cynthia Andrews,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Report to Probation Officer as Directed;
Cts. 2-3: Possession and Use of a Cotrolled Substance;
Ct. 4: Failure to Participate in Treatment;
Cts. 5-6: Failure to Participate in Substance Abuse Testing as Directed; and
Ct. 7: Failure to Pay Fine/Restitution as Directed.

Date: _____                        _____
                                                                                *Issuing officer's signature*

City and state: Denver, Colorado                    Jeffrey P. Collwell, Clerk of Court
                                                                                *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                        _____
                                                                                *Arresting officer's signature*

                                                                                _____
                                                                                *Printed name and title*