# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00257-CNS-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Cynthia ANDREWS,

   Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

  __X__   ORDERS the issuance of an arrest warrant.

  ____   ORDERS the issuance of a summons.

  ____   DENIES the request.

DATED at Denver, Colorado, this  8th  day of March 2023.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge