**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 22-cr-00257-CNS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    Cynthia Andrews,

      Defendant.

---

**ENTRY OF APPEARANCE AS COUNSEL
FOR THE GOVERNMENT**

---

      To:    The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

      Dated this 10th day of March, 2023.

               Respectfully submitted,

               COLE FINEGAN
               United States Attorney

            By: *s/ Albert Buchman*

               Assistant United States Attorney
               United States Attorney's Office
               1801 California Street, Suite 1600
               Denver, Colorado  80202
               Telephone:   (303) 454-0100
               E-mail:  al.buchman@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of March, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
*United States Attorney's Office*
Legal Assistant

2