IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00257-CNS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CYNTHIA ANDREWS,

       Defendant.

## NOTICE OF APPEARANCE

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Jennifer Beck
       JENNIFER BECK
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Jennifer_Beck@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Albert C. Buchman, Assistant United States Attorney
E-mail: al.buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Cynthia Andrews (via U.S. mail)

            s/ Jennifer Beck
            JENNIFER BECK
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone: (303) 294-7002
            FAX: (303) 294-1192
            Jennifer_Beck@fd.org
            Attorney for Defendant