AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 MAR 13 PM 12:16
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

United States of America
v.
Cynthia Andrews

Defendant

)
)
)   Case No.   1:22CR00257-1
)
)
)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Cynthia Andrews,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Failure to Report to Probation Officer as Directed;
Cts. 2-3: Possession and Use of a Cotrolled Substance;
Ct. 4: Failure to Participate in Treatment;
Cts. 5-6: Failure to Participate in Substance Abuse Testing as Directed; and
Ct. 7: Failure to Pay Fine/Restitution as Directed.

Date:   March 8, 2023

s/ J. Dynes, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Collwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/8/23, and the person was arrested on *(date)* 3/9/23 at *(city and state)* DENVER, CO. |
| Date: 3/9/23 |

*Arresting officer's signature*

ALEXANDER MUMFORD, DUSM
*Printed name and title*